**PARALYZED VETERANS OF AMERICA, Petitioner,**

v.

**SECRETARY OF VETERANS AFFAIRS, Respondent.**

No. 03–7021.

United States Court of Appeals, Federal Circuit.

June 26, 2003.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**ENGINEERED MAINTENANCE SERVICES, INC. (also known as Engineered Maintenance Services), Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 03–5100.

United States Court of Appeals, Federal Circuit.

June 26, 2003.

ORDER

Order vacated, See 2003 WL 21774186.

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Gregory RUFFIN, Petitioner,**

v.

**DEPARTMENT OF THE TREASURY, Respondent.**

No. 03–3219.

United States Court of Appeals, Federal Circuit.

June 26, 2003.

ORDER

Order Vacated, See 2003 WL 21772018.

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.